

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAG
F.#2007R00973                        *271 Cadman Plaza East*
                                     *Brooklyn, New York  11201*


                                     September 9, 2010


<u>VIA ELECTRONIC FILING</u>

The Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:  United States v. Louis Colello
                     <u>Criminal Docket No. 08-97 (BMC)</u>

Dear Judge Cogan:

          The government respectfully writes to request an
adjournment of the September 13, 2010 status conference in the
above-referenced case, to October 8, 2010, at 3:30 p.m.  Defense
counsel consents to this request, which is made to give the
government more time to consider how the case should be resolved.
The government also respectfully requests that the Court exclude
time under the Speedy Trial Act based on 18 U.S.C.
§ 3161(h)(1)(A) (pending mental competency determination),
§ 3161(h)(1)(G) (plea negotiations), § 3161(h)(4) (finding of
mental incompetency), and/or § 3161(h)(7) (ends of justice).


                         Respectfully submitted,

                         LORETTA E. LYNCH
                         United States Attorney


                    By:  <u>/s/ Jeffrey A. Goldberg</u>
                         Jeffrey A. Goldberg
                         Assistant U.S. Attorney
                         (718) 254-7579


cc:  Defense Counsel (via ECF)