TAM:JAG
F.#2007R00973

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

LOUIS COLELLO,

       Defendant.

- - - - - - - - - - - - - - - X

ORDER

08 CR 97 (BMC)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2010 ★
BROOKLYN OFFICE

      Application having been made on behalf of the UNITED STATES OF AMERICA, by Jeffrey A. Goldberg, Assistant United States Attorney for the Eastern District of New York, for an order dismissing, without prejudice, counts three and nineteen of the above-captioned indictment as to the defendant LOUIS COLELLO,

      IT IS HEREBY ORDERED that counts three and nineteen of the above-captioned indictment are dismissed, without prejudice, as to the defendant LOUIS COLELLO.

Dated:   Brooklyn, New York
          September 13, 2010

                            s/(BMC)

                          BRIAN M. COGAN
                          UNITED STATES DISTRICT JUDGE
                          EASTERN DISTRICT OF NEW YORK